**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, | : | No. 176 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioner | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SCOT ALLEN SHOUP, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.